

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT DUANE NIGHSWANDER, ) <br> ) <br> Defendant. ) | Case No. MAG. 10-0042-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT DUANE NIGHSWANDER, Case No. MAG. 10-0042-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00

\_\_ Appearance Bond with Surety

_X_ Unsecured Appearance Bond

_X_ (Other) Conditions as stated on the record

_X_ (Other) Unsecured bond paperwork to be filed by 03/09/10

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/03/10 at 3:55pm

By _____
Edmund F. Brennan
United States Magistrate Judge