1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708



FILED
MAR 18 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:10-CR-0109 JAM

| UNITED STATES OF AMERICA, | ) Case No.: |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. §§ 32(a)(5) and (a)(8) - Interference with Operation of an Aircraft |
| ROBERT DUANE NIGHSWANDER, | ) |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges T H A T

ROBERT DUANE NIGHSWANDER,

defendant herein, on or about October 21, 2009, in the County of Glenn, State and Eastern District of California, did willfully interfere with and attempt to interfere with and disable, with reckless disregard for the safety of human life, at least one person engaged in the authorized operation of a helicopter, to wit, a California Highway Patrol Eurocopter AS350 B3, which aircraft was in the special aircraft jurisdiction of the United States, as defined under Title 49, United States Code, Section 46501(2), and

1

1 was a civil aircraft used, operated, and employed in interstate
2 commerce, all in violation of Title 18, United States Code,
3 Sections 32(a)(5) and (a)(8).

BENJAMIN B. WAGNER
United States Attorney

DATE: March 18, 2010      By: /s/ Matthew Segal
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney

PENALTY SLIP
(INFORMATION)

2:10-CR-0109

**DEFENDANT:**   ROBERT DUANE NIGHSWANDER

VIOLATION:   18 U.S.C. §§ 32(a)(5) and (a)(8) - Interference with Operation of an Aircraft

PENALTY:   Not More Than 20 years imprisonment
Not More Than $250,000 fine, or both;
3-years supervised release.

ASSESSMENT:   Mandatory $100 special assessment.